# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PARRISH NEWMAN

VERSUS

WARDEN TRENT BARTON; CAPTAIN
JOHN ORR; AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS LOUISIANA
STATE PENITENTIARY

NO.  2026 CW 0450

JULY 15, 2026

---

In Re:    Gregory Sanford, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          24055.

---

BEFORE:   STROMBERG, EDWARDS AND FIELDS, JJ.

**WRIT GRANTED WITH ORDER.**  The district court's February 23,
2026 judgment which granted the exception of no right of action
filed by defendants, Warden Trent Barton, Captain John Orr, and
the State of Louisiana Through Louisiana Department of Public
Safety and Corrections Louisiana State Penitentiary, and dismissed
the claims of plaintiff, Gregory Sanford, against defendants, is
an appealable judgment. See La. Code Civ. P. art. 1915(A)(1).
Therefore, the writ is granted for the limited purpose of remanding
the case to the trial court with instructions to grant plaintiff
an appeal pursuant to the pleading that notified the district court
of plaintiff's intention to seek writs. See **In re Howard**, 541
So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of
this court's order is to be included in the appellate record.

TPS
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT